[No. 29227-7-I.   Division One.   May 11, 1992.]

*In the Matter of the Marriage of* ROYANNE M.
KNIGHT, *Respondent, and* ROGER W.
KNIGHT, *Appellant.*

Appeal from judgments of the Superior Court for King
County, No. 90-3-04471-1, Peter K. Steere, J., entered September 3, 1991, and Charles V. Johnson, J., entered June
12, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 28002-3-I.   Division One.   May 11, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
JOHN BINDER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 90-1-05284-9, Frank J. Eberharter, J. Pro
Tem., entered February 21, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 26082-1-I.   Division One.   May 11, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDRE
ARELLANO RUSSELL, ET AL, *Appellants.*

Appeal from judgments of the Superior Court for King
County, Nos. 87-1-04948-8 and 87-1-04974-1, J. Kathleen
Learned, J., entered May 1, 1990. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield
and Baker, JJ.